IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:12CV46-RLV-DSC

| | |
|---|---|
| THE ATRIUM, LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| STEVE HENDRICK & ASSOCIATES, INC., | ) |
| d/b/a RARE COLLECTIONS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

**THIS MATTER** is before the Court on the "Motion to Admit Attorney [Charles Z. Stein] to Practice Pro Hac Vice" (document #2) filed April 20, 2012. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.

Signed: April 20, 2012

David S. Cayer
United States Magistrate Judge