# United States District Court
# For The Western District of North Carolina
# Statesville Division

THE ATRIUM, LTD,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　CASE NO. 5:12CV46

STEVE HENDRICK & ASSOCIATES, INC.,
doing business as RARE COLLECTIONS,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 22, 2012, Order.

    Signed: June 29, 2012

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court